**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Magistrate No. 07-07097M-001 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Gervin Colindres-Fernandez, | ) | |
| Defendant. | ) | (First Request) |

On motion of Defendant, Gervin Colindres-Fernandez, and good cause appearing,

**IT IS HEREBY ORDERED** continuing the Change of Plea Hearing in this matter from May 4, 2007, to Tuesday, May 15, 2007 at 10:15 a.m. before Magistrate Judge Lawrence O. Anderson, Courtroom 302, Sandra Day O'Connor U. S. Courthouse, 401 West Washington, Phoenix,, Arizona 85003.

DATED this 3rd day of May, 2007.

Lawrence O. Anderson
United States Magistrate Judge